**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10221 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-00621-WHA |
| v. | |
| JORGE ARMANDO RODRIGUEZ, a.k.a. Jose Manuel Farfan, a.k.a. Jose Manuel Farfar Gamboa, a.k.a. Juan Miguel Flores, a.k.a. Juan Rodriguez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
William H. Alsup, District Judge, Presiding

Submitted August 11, 2011[**]

Before:     THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

Jorge Armando Rodriguez appeals pro se from the district court's order

denying his motion to correct sentence pursuant to Federal Rule of Criminal

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Procedure 35(a).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rodriguez contends that the district court erred when it denied his motion to correct sentence because he was not given credit for time served in state custody. The district court did not err when it denied the motion because "district courts lack authority at sentencing to give credit for time served." *See United States v. Peters*, 470 F.3d 907, 909 (9th Cir. 2006) (per curiam).

**AFFIRMED.**